**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 02-4419**

─────────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

DEREK ALLISON,

                              Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Richard L. Voorhees, District Judge.  (CR-99-165-V)

─────────────

Submitted:  February 6, 2003        Decided:  February 12, 2003

─────────────

Before WILKINS, MICHAEL, and SHEDD, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Charles L. Morgan, Jr., Charlotte, North Carolina, for Appellant. Robert J. Conrad, Jr., United States Attorney, Gretchen C.F. Shappert, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Derek Allison was convicted by a jury of one count of conspiracy to distribute cocaine base. On appeal, Allison alleges the district court erred in assessing a two-level enhancement for possession of a firearm pursuant to U.S. Sentencing Guidelines Manual § 2D1.1(b)(1) (2000). Finding no reversible error, we affirm.

Eugene Ervin, Allison's co-defendant, testified at Allison's sentencing hearing that a handgun was present on the passenger seat of Allison's car when Ervin purchased nine ounces of cocaine base from Allison. The presence of guns in a location where drug transactions occur implicates the enhancement for possession of a dangerous weapon. See United States v. White, 875 F.2d 427, 433 (4th Cir. 1989). The district court did not clearly err in finding that a preponderance of the evidence supports a firearm.

Finding Allison's claim to be without merit, we affirm the sentence imposed by the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2